1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carpenters Southwest Administrative Corporation et al<br><br>        Plaintiff,<br><br>v.<br><br>First American Millwork, Inc.,<br><br>        Defendants. | Case No.  CV 16-06349-AB (ASx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  September 5, 2017    _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE